CITY OF ST. LOUIS v. JIM JOHNSON, Appellant.

Division One, July 1, 1911.

Appeal from St. Louis Court of Criminal Correction.— *Hon. Wilson A. Taylor*, Judge.

REVERSED.

*T. J. Rowe, Thos. J. Rowe, Jr.,* and *Henry Rowe* for appellant.

*Lambert E. Walther, Wm. E. Baird,* and *Myrt. A. Rollins* for respondent.

VALLIANT, J.—The facts of this case are exactly like those in the case of the City of St. Louis v. So Ringold, reported at page 472 of this Report, and the parties have stipulated that it may abide the judgment in that case. For the reason stated in that case the judgment of the trial court in this cause is reversed, and the defendant discharged. All concur.